Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, National Association*
*(incorrectly named as "Chase Mortgage" and "J P Morgan Chase Bank")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA C. EBERWEIN,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE MORTGAGE; J P MORGAN CHASE BANK; M&T BANK CORP; and EQUIFAX INFORMATION SERVICES, LLC;<br><br>    Defendants. | CASE NO.  2:17-cv-00028-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant JPMorgan Chase Bank, N.A.'s ("Chase")1 response to Plaintiff Angela C. Eberwein's complaint currently is due February 21, 2017.  Chase has requested, and Plaintiff has agreed, that Chase has up to and including March 23, 2017 to respond to Plaintiff's complaint, to provide time for Chase to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase.

*[Continued on following page.]*

---

[1] The Complaint incorrectly names "Chase Mortgage" and "J P Morgan Chase Bank" as defendants, rather than JPMorgan Chase Bank, N.A.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: February 17, 2017

| BALLARD SPAHR LLP | PAYNE LAW FIRM |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant JPMorgan Chase Bank, National Association (incorrectly named as "Chase Mortgage" and "J P Morgan Chase Bank")* | By: /s/ Sean N. Payne<br>Sean N. Payne<br>Nevada Bar No. 13216<br>9550 S. Eastern Ave.,<br>Suite 253-A213<br>Las Vegas, NV 89123<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger<br>HAINES & KRIEGER, LLC<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 21, 2017