Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, National Association*
*(incorrectly named as "Chase Mortgage" and "J P Morgan Chase Bank")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA C. EBERWEIN,<br><br>  Plaintiff,<br><br>v.<br><br>CHASE MORTGAGE; J P MORGAN CHASE BANK; M&T BANK CORP; and EQUIFAX INFORMATION SERVICES, LLC;<br><br>  Defendants. | CASE NO.  2:17-cv-00028-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Defendant JPMorgan Chase Bank, N.A.'s ("Chase")[1] response to Plaintiff Angela C. Eberwein's complaint currently is due March 23, 2017.  Chase has requested, and Plaintiff has agreed, that Chase has up to and including April 6, 2017 to respond to Plaintiff's complaint, to provide additional time for Chase to investigate Plaintiff's allegations and for the parties to continue discussing a potential early resolution of the claims asserted against Chase.

*[Continued on following page.]*

---

[1] The Complaint incorrectly names "Chase Mortgage" and "J P Morgan Chase Bank" as defendants, rather than JPMorgan Chase Bank, N.A.

DMWEST #16357902 v1

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: March 23, 2017

| BALLARD SPAHR LLP | PAYNE LAW FIRM |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant JPMorgan Chase Bank, National Association (incorrectly named as "Chase Mortgage" and "J P Morgan Chase Bank")* | By: /s/ Sean Payne<br>Sean N. Payne<br>Nevada Bar No. 13216<br>9550 S. Eastern Ave.,<br>Suite 253-A213<br>Las Vegas, NV 89123<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger<br>HAINES & KRIEGER, LLC<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

<u>ORDER</u>

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 23, 2017

DMWEST #16357902 v1            2