1  Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
2  Miles N. Clark, Esq.
   Nevada Bar No. 13848
3  KNEPPER & CLARK LLC
4  10040 W. Cheyenne Ave., Suite 170-109
   Las Vegas, NV 89129
5  Phone: (702) 825-6060
   FAX: (702) 447-8048
6  Email: matthew.knepper@knepperclark.com
7  Email: miles.clark@knepperclark.com

8  Sean N. Payne, Esq.
   Nevada Bar No. 13216
9  PAYNE LAW FIRM LLC
10 9550 S. Eastern Ave., Suite 253-A213
   Las Vegas, NV 89123
11 Phone: (702) 952-2733
   FAX: (702) 462-7227
12 Email: seanpayne@spaynelaw.com

13
   David H. Krieger, Esq.
14 Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
15 8985 S. Eastern Ave., Suite 350
16 Henderson, NV 89123
   Phone: (702) 880-5554
17 FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
18
19 *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
20 **DISTRICT OF NEVADA**

21 | ANGELA C. EBERWEIN,                              :
22 |                                                  :
   |                         Plaintiff,               : Case No. 2:17-cv-00028-JCM-NJK
23 | V.                                               :
   |                                                  :
24 | CHASE MORTGAGE; J P MORGAN                       : **STIPULATION AND ORDER FOR**
25 | CHASE BANK; M&T BANK CORP; and                   : **DISMISSAL WITH PREJUDICE**
   | EQUIFAX INFORMATION SERVICES,                    :
26 | LLC,                                             :
   |                                                  :
27 |                         Defendants.              :

28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Angela C. Eberwein and Defendants JPMorgan Chase Bank, N.A. (incorrectly named as "Chase Mortgage" and "J P Morgan Chase Bank") ("Chase"), and M&T Bank Corp., by and through their respective counsel of record, hereby submit this Stipulation and Order to Dismiss Plaintiff's Complaint against Chase only with prejudice.

| | |
|---|---|
| Dated: July 7, 2017.<br><br>PAYNE LAW FIRM LLC<br><br>/s/ Sean N. Payne<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123<br><br>*Attorney for Plaintiff* | Dated: July 7, 2017.<br><br>BALLARD SPAHR LLP<br><br>/s/ Lindsay C. Demaree<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, NV 89106-4617<br><br>*Attorney for Defendant JPMorgan Chase Bank, N.A. (named as Chase Mortgage and J P Morgan Chase Bank)* |
| Dated: July 7, 2017.<br><br>WEINSTEIN & RILEY P.S.<br><br>/s/ Aaron M. Waite<br>Aaron M. Waite, Esq.<br>Nevada Bar No. 7947<br>6785 S. Eastern Avenue, Suite 4<br>Las Vegas, NV 89119<br><br>*Attorneys for Defendant M&T Bank* | |

**ORDER**

IT IS SO ORDERED.

DATED: July 13, 2017

_____
UNITED STATES DISTRICT COURT JUDGE