Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA C. EBERWEIN, | : |
| Plaintiff, | : Case No. 2:17-cv-00028-JCM-NJK |
| V. | : |
| CHASE MORTGAGE; J P MORGAN CHASE BANK; M&T BANK CORP; and EQUIFAX INFORMATION SERVICES, LLC, | : **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | : |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Angela C. Eberwein and Defendants M&T Bank Corp., by and through their respective counsel of record, hereby submit this Stipulation and Order to Dismiss Plaintiff's Complaint against M&T Bank Corp., with prejudice.

| Dated: September 12, 2017. | Dated: September 12, 2017. |
|---|---|
| PAYNE LAW FIRM LLC | WEINSTEIN & RILEY P.S. |
| /s/ Sean N. Payne <br> Sean N. Payne, Esq. <br> Nevada Bar No. 13216 <br> 9550 S. Eastern Ave., Suite 253-A213 <br> Las Vegas, NV 89123 <br><br> *Attorney for Plaintiff* | /s/ Aaron M. Waite <br> Aaron M. Waite, Esq. <br> Nevada Bar No. 7947 <br> 6785 S. Eastern Avenue, Suite 4 <br> Las Vegas, NV 89119 <br><br> *Attorneys for Defendant* <br> *M&T Bank* |

**ORDER**

IT IS SO ORDERED.

DATED: September 21, 2017

_____
UNITED STATES DISTRICT COURT JUDGE